UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X   CASE NO.:

IN RE BANKRUPTCY:

                                                       AFFIDAVIT OF NO PAY STUBS

MUSLUM LEVENT,

                    Debtor.

-----------------------------------------------------------X

STATE OF NEW YORK)

                       ) ss.:

COUNTY OF SUFFOLK)

The debtor, MUSLUM LEVENT, being duly sworn, deposes and says:

1. I am the debtor in this chapter 7. I am not presently employed and have no source of income.

2. Therefore, I do not have any pay stubs to file with the court.

                                               /s/ MUSLUM LEVENT
                                               MUSLUM LEVENT

Sworn to me this 1st Day of July 2024

   /s/ John P. Brooke
Notary Public, State of New York
Qualified in Suffolk County
No.02BR6207649
Commission Expires June 15, 2025