UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    CASE NO.: 8-24-

IN RE:                                                          Chapter 7

     MUSLUM LEVENT,

                                  STATEMENT PURSUANT TO
                                  <u>LOCAL RULE 2017</u>

                     DEBTOR.
---------------------------------------------------------X

I, John P. Brooke, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtors and am fully familiar with the facts herein.
2. That prior to filing of the petition herein, my firm rendered the following services to the above-named debtors:

| Date/Time | | Services |
|-----------|--|----------|
| 6/12/24 | 1.0 hours | Initial interview, analysis of financial condition, etc. |
| 6/26/24 | 2.5 hours | Preparation, review, signing of bankruptcy petition. |
| 7/9/24 | .75 hrs. | Attention to finalizing and filing petition. |

3. That my firm will also represent the debtor at the first meeting of creditors.
4. That all services rendered prior to filing of the petition herein were rendered by my firm.
5. That my usual rate of compensation of bankruptcy matters of this type is $1,700.00 and my usual hourly rate is $350.

Dated: July 9, 2024

                                /s/ John P. Brooke
                              John P. Brooke, Esq.
                              The Brooke Law Firm
                              85 West Main Street, Suite 201
                              Bay Shore, NY 11706
                              Attorney for debtor