United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                                          Case No. 24-72675-reg
Muslum Levent                                                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                                                    User: admin                                                Page 1 of 2
Date Rcvd: Jul 09, 2024                                         Form ID: 309A                                            Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Muslum Levent, 5 Yennicock Avenue, Port Washington, NY 11050-2132 |
| 10367014 | + | Enterprise Recovery LLC, 301 Lacey Street, West Chester, PA 19382-3727 |
| 10367015 | + | Jose Zaldivar, c/o Steven John Moser, 133 New York Ave., Huntington, NY 11743-2148 |
| 10367016 | + | Jovia Financial Credit Un, Attn: Bankruptcy, 264 Merrick Rd, Valley Stream, NY 11580-6034 |
| 10367018 | + | Merel Corp., 111 John Street, Suite 12, New York, NY 10038-3015 |
| 10367020 | + | Richard Muller, Esq., 61-43 186th Street, Ste. 450, Fresh Meadows, NY 11365-2710 |
| 10367021 | + | Scott Michael Mishkin, PC, One Suffolk Square, Ste. 240, Islandia, NY 11749-1543 |
| 10367025 | + | Vista Point Services, 1786 Tall Treet Drive E., Jacksonville, FL 32246-7286 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: john@your-bankruptcy.com | Jul 09 2024 18:17:00 | John P Brooke, 85 W. Main Street, Suite 201, Bay Shore, NY 11706 |
| tr | + | Email/Text: sspector@kirschenbaumesq.com | Jul 09 2024 18:17:00 | Kenneth Kirschenbaum, Kirschenbaum & Kirschenbaum, 200 Garden City Plaza, Suite 315, Garden City, NY 11530-3357 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Jul 09 2024 18:17:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 09 2024 18:17:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 09 2024 18:17:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jul 09 2024 18:17:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10367010 | + | EDI: BANKAMER | Jul 09 2024 22:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 10367011 | + | EDI: CAPITALONE.COM | Jul 09 2024 22:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 10367017 | | EDI: CITICORP | Jul 09 2024 22:18:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 10367013 | + | EDI: DISCOVER | Jul 09 2024 22:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 10367012 | | EDI: JPMORGANCHASE | Jul 09 2024 22:18:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 10367019 | | EDI: SYNC | Jul 09 2024 22:18:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 10367022 | | EDI: TDBANKNORTH.COM | | |

| District/off: 0207-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 309A | Total Noticed: 23 |

| | | Jul 09 2024 22:18:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
|---|---|---|---|
| 10367023 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 09 2024 18:17:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 10367024 | + EDI: VERIZONCOMB.COM | Jul 09 2024 22:18:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, 516-237-9576, Weldon Springs, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024     Signature:     /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Muslum Levent<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3025<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   7/9/24 | |
| Case number: | 8–24–72675–reg | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Muslum Levent | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 5 Yennicock Avenue<br>Port Washington, NY 11050 | |
| 4. | Debtor's attorney<br>Name and address | John P Brooke<br>85 W. Main Street<br>Suite 201<br>Bay Shore, NY 11706 | Contact phone 631–397–0042<br><br>Email: john@your–bankruptcy.com |
| 5. | Bankruptcy trustee<br>Name and address | Kenneth Kirschenbaum<br>Kirschenbaum & Kirschenbaum<br>200 Garden City Plaza<br>Suite 315<br>Garden City, NY 11530 | Contact phone (516) 747–6700<br><br>Email: ken@kirschenbaumesq.com |

**For more information, see page 2 >**

| 6. Bankruptcy clerk's office | 290 Federal Plaza Central Islip, NY 11722 | Hours open: 9:00 am – 4:30 pm Monday–Friday |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone (631) 712–6200 |
| | | Date: 7/9/24 |

| 7. Meeting of creditors | **August 9, 2024 at 10:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 314 131 8202, and Passcode 5320231902, OR call 1 516 388–5492** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |

| 8. Presumption of abuse | The presumption of abuse does not arise. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/8/24** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | | |
| | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|