**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
IN RE:

Muslum Levent,

         Debtor.

---------------------------------------------------------------X

Case Number: 8-24-72675-REG

Chapter: 7

Judge. Hon. Robert E. Grossman

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On October 7, 2024, the Motion [Doc. No. 9](the "Motion") of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Movant"), dated September 12, 2024 came before the Court, for relief from the automatic stay with respect to the collateral known as 2022 TOYOTA RAV4, VIN: 2T3P1RFV1NW248392 (the "Collateral"). Proper notice of the hearing has been provided. No response was filed within the time provided in the Motion. Certificate of No Opposition has been filed [Doc. No. 10]. This Court, having considered the evidence presented and the record in this case, and with good cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) due to voluntary surrender of the Collateral as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED**, that the Chapter 7 Trustee shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED**, that all other relief sought in the Motion is denied.

Dated: Central Islip, New York
October 8, 2024



Robert E. Grossman
United States Bankruptcy Judge