**09:30 AM**          **8-24-72675-reg**          Muslum Levent

Ch 7                                                                          Order #: 10

Trustee: Kirschenbaum

**Moving:**          Steven John Moser

**Debtor or Plaintiff Atty.:**          John P Brooke

**Matter:**    [12] First Motion for Relief from Stay filed by Steven John Moser on behalf of Jose Zaldivar.

**Courtroom Deputy Notes:**

[X] No Appearance Movant          [   ] Granted          [   ] Order Submitted

[   ] No Opposition          [X] Denied          [   ] Hearing Held

[   ] No Appearance Either Side          [   ] Marked Off          [   ] Submit Order

[   ] Appearance by Movant/Defendant   [   ] Dismissed          [   ] Settle Order

[   ] Submit Order and Judgment          [   ] Withdrawn          [   ] Settled

[   ] Settle Conditional Order          [X] So Ordered          [   ] Court to Issue Order



Dated: Central Islip, New York

November 5, 2024

Robert E. Grossman

United States Bankruptcy Judge

† indicates associated main case data