Information to identify the case:

| Debtor 1 | Muslum Levent | | Social Security number or ITIN xxx–xx–3025 |
| | First Name    Middle Name    Last Name | | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN _ _ _ _ EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of New York

Case number:   8–24–72675–reg

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Kenneth Kirschenbaum (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Robert E. Grossman
United States Bankruptcy Judge

Dated: November 20, 2024

**BLfnld7** [Final Decree 7 rev 12/01/15]